FILED

DEC 13 2006

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

WAL-MART STORES, INC,

    Plaintiff,

v

VISA USA, INC,

    Defendant,

_____/

No   C 05-80300 - VRW
      C 05-80301 - VRW

ORDER OF RECUSAL

TO ALL PARTIES AND COUNSEL OF RECORD:

I, the undersigned judge of the court, finding myself disqualified in the above-entitled actions, hereby recuse myself from these cases and request that the cases be reassigned pursuant to the provisions of paragraph E(2) of the Assignment Plan.

IT IS SO ORDERED.

VAUGHN R WALKER
United States District Chief Judge